**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| **OPEN CHEER & DANCE CHAMPIONSHIP SERIES, LLC; THE OPEN CHEER AND DANCE, LLC; and DEEP SOUTH CHEER, INC.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**VARSITY SPIRIT, LLC; U.S. ALL STAR FEDERATION, INC.; INTERNATIONAL ALL STAR FEDERATION, INC.; INTERNATIONAL CHEER UNION; AND INTERNATIONAL ALL STAR FOUNDATION, LLC,**<br><br>*Defendants*. | **Civil Action No. 2:23-cv-00155-Z** |

**JOINT ADVISORY REGARDING PARTIAL SETTLEMENT**

Plaintiffs Open Cheer & Dance Championship Series, LLC, The Open Cheer and Dance, LLC, and Deep South Cheer, Inc. (collectively, "Plaintiffs") and Defendants International All Star Federation, Inc., International Cheer Union, and International All Star Foundation, LLC file this Joint Advisory Regarding Partial Settlement.

Plaintiffs and Defendants International All Star Federation, Inc., International Cheer Union, and International All Star Foundation, LLC have reached an agreement with respect to Plaintiffs claims against only Defendants International All Star Federation, Inc., International Cheer Union, and International All Star Foundation, LLC. No agreement has been reached with remaining Defendants Varsity Spirit, LLC and U.S. All Star Federation, Inc. The terms of the agreement have been reduced to writing in the form of a Settlement Agreement and the parties have executed and finalized the Settlement Agreement.

The settlement contemplates the dismissal of Defendants International All Star Federation, Inc., International Cheer Union, and International All Star Foundation, LLC upon their fulfillment

of certain terms under the Settlement Agreement within 30 days. It is anticipated that Plaintiffs will file dismissal papers as to the claims against Defendants International All Star Federation, Inc., International Cheer Union, and International All Star Foundation, LLC on or about December 12, 2025, consistent with the terms of the Settlement Agreement, should that meet the Court's approval. The Settlement Agreement does not resolve or release any claims by Plaintiffs against the other Defendants Varsity Spirit, LLC and U.S. All Star Federation, Inc.

Plaintiffs will continue to advise the Court should there be any changes or developments with the settlement.

November 11, 2025

Respectfully submitted,

John T. Smithee, Jr. (Texas Bar No. 24098449)
John.Smithee@uwlaw.com
Mitzi S. Mayfield (Texas Bar No. 13284425)
Mitzi.Mayfield@uwlaw.com
Gabrielle Griffith (Texas Bar No. 24108884)
Gabrielle.Griffith@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Tel: (806) 376-5613; Fax: (806) 379-0317

By:    */s/ John T. Smithee, Jr.*
       John T. Smithee, Jr.
       **Attorneys for Plaintiffs**

By:    */s/ John S. Morgan*
John S. Morgan
Texas Bar No. 14447475
jmorgan@clousebrown.com
Keith A. Clouse
Texas Bar No. 04410300
keith@clousebrown.com
**CLOUSE BROWN PLLC**
4245 North Central Expressway, Suite 350
Dallas, Texas 75205
Telephone: (214) 698-5100
Facsimile: (214) 481-8881

**COUNSEL FOR DEFENDANTS
INTERNATIONAL ALL STAR FEDERATION,
INC., INTERNATIONAL ALL STAR
FOUNDATION, LLC AND INTERNATIONAL
CHEER UNION**